# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SYLVIA ZEPEDA, § § Plaintiff, § VS. § FEDERAL HOME LOAN MORTGAGE § CORPORATION, § § Defendant. § | CIVIL ACTION NO. 4:16-CV-3121 |

## FINAL JUDGMENT

Plaintiff Sylvia Zepeda ("Plaintiff") brought this suit against Defendant Federal Home Loan Mortgage Corporation to quiet title. Both parties filed motions for summary judgment. The Court granted Plaintiff's Motion for Summary Judgment in a Memorandum and Order on February 8, 2018. (Doc. No. 35.)

Pursuant to Federal Rule of Civil Procedure 58, and for the reasons set forth in that Memorandum and Order, final judgment is hereby **ENTERED** for Plaintiff.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of February, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE